*Mr. Emile Steinfeld* for petitioner. *Mr. James Garnett* for respondent.

No. 900. SAMUEL REICH, TRUSTEE IN BANKRUPTCY, ETC. *v.* KENNETH W. McNEIL. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William H. Comley* for petitioner. *Mr. Edward M. Grout* for respondent.

No. 396. JOHN C. ROSS *v.* STATE OF SOUTH DAKOTA. On writ of error to the Supreme Court of South Dakota. March 16, 1925. Petition for a writ of certiorari herein denied. *Mr. U. S. G. Cherry* and *Mr. Holton Davenport* for plaintiff in error in support of the petition. *Mr. Byron S. Payne* for defendant in error in opposition to the petition.

No. 834. JOSEPH L. LACKNER, ADMINISTRATOR *v.* MERRITT STARR, SURVIVING PARTNER OF THE FIRM OF MILLER & STARR. March 16, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Charles H. Aldrich, Charles S. Cutting* and *Donald F. McPherson* for petitioner. *Messrs. Thornton M. Pratt, Fletcher Dobyns, Albert L. Hopkins* and *John S. Miller, Jr.,* for respondent.

No. 892. PERE MARQUETTE RAILWAY COMPANY *v.* LOVELAND & HINYAN ET AL. March 16, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John C. Shields* for petitioner. *Mr. Clare J. Hall* and *Mr. Joseph R. Gillard* for respondents.

No. 904. P. W. EWING *v.* E. B. SHAUVER ET AL. March 16, 1925. Petition for a writ of certiorari to the Circuit